COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Greystone Multi-Family Builders, Inc. v. TES Electric LP

Appellate case number:    01-15-00640-CV

Trial court case number:  2015-03393

Trial court:              125th District Court of Harris County


      Appellant, Greystone Multi-Family Builders, Inc., has filed a notice of interlocutory appeal of the trial court's order denying appellant's motion to compel arbitration and motion to stay, signed on July 6, 2015. Appellant has also filed a motion for stay seeking a stay of the trial court proceedings during the pendency of the interlocutory appeal. *See* TEX. R. APP. P. 29.3. **The motion is granted.** The trial court proceedings in cause number 2015-033393 in the 125th District Court of Harris County are stayed. The stay is effective until disposition of this appeal or further order of this Court.

      It is so ORDERED.


Judge's signature:    /s/ Russell Lloyd
                 ☒ Acting individually    ☐ Acting for the Court


Date: October 15, 2015